# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**MICHAEL BUTLER**                                                                **CIVIL ACTION**

**VERSUS**

**HAIER US APPLIANCE**
**SOLUTIONS, INC., ET AL.**                                     **NO. 22-01088-BAJ-RLB**

## REMAND ORDER AND JUDGMENT

Plaintiff initiated this action in the Nineteenth Judicial District Court for the Parish of East Baton Rouge, Louisiana ("Nineteenth JDC"), seeking compensation for water damage to his home allegedly resulting from a botched appliance service call. Plaintiff alleges that his house flooded due to "the GE technician, Hubert, [having] failed to fully turn off the water valve leading to the refrigerator." (Doc. 1-1 ¶ 5).

At the time he filed his Petition, Plaintiff did know Technician Hubert's last name, but nonetheless included him as a named defendant to the action under the pseudonym "Hubert Doe." (*Id.* ¶ 1). Seizing on this ambiguity, Defendants Haier US Appliances Solutions, Inc. d/b/a GE Appliances ("GE") and Old Republic Insurance Company removed Plaintiff's action to this District, invoking diversity jurisdiction and insisting that Technician Hubert is "fraudulently joined." (Doc. 1 ¶ 9).

GE has now disclosed Technician Hubert's last name, and Plaintiff moves to amend his Petition to clarify Hubert's  true identity: Hubert Carpenter, a Louisiana citizen. (Doc. 12). If allowed, this limited amendment will destroy diversity and require remand. (*See* 12-1 at 5).

The Magistrate Judge has issued a **Report and Recommendation (Doc. 14,**

19th JDC   Jury

the **"Report")**, recommending that Plaintiff's motion to amend be granted and that, in turn, this action be remanded to the Nineteenth JDC. Defendants' deadline to object to the Report has passed, without any objection.

Having carefully considered Plaintiff's motion, Defendants' opposition, Defendants' notice of removal, and the underlying state court record, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter. Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion For Leave To File First Supplemental Petition For Damages (Doc. 12)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED THAT** Plaintiff's proposed **First Supplemental Petition For Damages (Doc. 12-3)** shall be entered into the record and shall supersede the original petition as the operative pleading in this action.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, there no longer being diversity among the parties due to the addition of a non-diverse defendant, and there no longer being any basis for this Court to exercise jurisdiction, this action be and is hereby **REMANDED** to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, Louisiana for all further proceedings.

Baton Rouge, Louisiana, this 11th day of December, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2